| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF ILLINOIS** | **VOLUNTARY**<br>**PETITION** |

| | |
|---|---|
| **IN RE**: (Name of debtor-if individual, enter Last, first, middle)<br><br>Tidy International Inc. | **NAME OF JOINT DEBTOR** (Spouse)(Last, first, middle) |
| **ALL OTHER NAMES** used by debtor in the last<br>6 years (include married, maiden and trade names) | **ALL OTHER NAMES** used by the joint debtor in the<br>last 6 years (include (include married, maiden and trade names) |
| **SOC SEC/TAX I.D. NO**. (if more than one, state all)<br><br>36-3763849 | **SOC SEC/TAX I.D. NO**. (if more than one, state all) |
| **STREET ADDRESS OF DEBTOR**<br>(No. and street, city, state, and zip code)<br><br>204 Poplar Place, North Aurora, Illinois 60542 | **STREET ADDRESS OF JOINT DEBTOR**<br>(No. and street, city, state, and zip code) |
| **COUNTY OF RESIDENCE OR**<br>**PRINCIPAL PLACE OF BUSINESS**<br><br>Kane County, Illinois | **COUNTY OF RESIDENCE OR**<br>**PRINCIPAL PLACE OF BUSINESS** |
| **MAILING ADDRESS OF DEBTOR**<br>(if different from street address above) | **MAILING ADDRESS OF JOINT DEBTOR**<br>(if different from street address above) |

| | |
|---|---|
| **LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR**<br>(if different from addresses shown above) | **VENUE (Check one box)**<br><br>( x )  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this district for 180 days immediately preceding the date of the petition or for a longer part of such 180 days than in any other district.<br><br>( )  There is a bankruptcy case concerning debtor's general partner or partnership pending in this district. |

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

**TYPE OF DEBTOR**

| | | |
|---|---|---|
| ( ) individual | ( x ) corp. publicly held | **CHAPTER OR SECTION OF BANKRUPTCY**<br>**UNDER WHICH THE PETITION IS FILED**<br>(check one box) |
| ( ) joint (husband & wife) | ( ) corp. not publicly held | ( x ) Chapter 7    ( ) Chapter 11    ( ) Chapter 13 |
| ( ) Sec. 304-Case Ancillary | ( ) partnership | ( ) Chapter 9    ( ) Chapter 12 |
| ( ) municipality | ( ) Foreign Proceedings | |
| ( ) other | | |

| NATURE OF DEBT | FILING FEE (Check one box) |
|---|---|
| (  ) non-business/consumer    ( x ) business-complete A & B below | ( x ) Filing fee attached |
| | (  ) Filing fee to be paid in installments (applicable to individuals only) must attach signed application for the court's consideration certifying that the debtor is unable to pay the fee except on installments under Rule 1006(D). See Official Form 3. |

**A. TYPE OF BUSINESS (Check one box)**            **NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**

(  ) Farming        (  ) Transportation    (  ) Commodity Broker         JOSEPH H. KING, JR.
(  ) Professional   (  ) Manufacturing     (  ) Construction             7815 Woodridge Drive
(  )Retail/Whs.     (  ) Mining            (  ) Real Estate              Woodridge, IL 60517
(  ) Railroad       (  ) Stockbroker       ( x ) Other Business          Telephone No. 630-690-2090

**B: BRIEFLY DESCRIBE NATURE OF BUSINESS**         **NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR** (Print or type names)

commercial janitorial service                      Joseph H. King, Jr.

(  ) Debtor is not represented by an attorney

**STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. ' 604)**    **THIS SPACE FOR COURT USE ONLY**

(Estimates only)  (Check applicable boxes)

(  ) Debtor estimates that funds will be available for
    distribution to unsecured creditors).

( x ) Debtor estimates that after any exempt property is excluded
    and administrative expenses paid, there will be no funds available
    for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ( x ) | (  ) | (  ) | (  ) | (  ) | (  ) |

**ESTIMATED ASSETS (In thousands of dollars)**

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| (  ) | (  ) | (  ) | ( x ) | (  ) | (  ) | (  ) |

**ESTIMATED LIABILITIES (In thousands of dollars)**

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| (  ) | (  ) | (  ) | ( x ) | (  ) | (  ) | (  ) |

**ESTIMATED NO. OF EMPLOYEES-CHAPT. 11 AND 12 ONLY**

| 0 | 1-19 | 20-99 | 100-999 | 1000-OVER |
|---|---|---|---|---|
| (  ) | (  ) | (  ) | (  ) | (  ) |

**ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CHAPT. 11 AND 12 ONLY**

| 0 | 1-19 | 20-99 | 100-499 | 500-OVER |
|---|---|---|---|---|
| (  ) | (  ) | (  ) | (  ) | (  ) |

Name of Debtor: Tidy International Inc.        No.                    (Court use only)

**FILING OF PLAN**

**For Chapter 9, 11, 12, and 13 cases only (**Check appropriate box)

( ) A copy of debtor's proposed plan dated ___ is attached    ( ) Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

**PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (if more than one, attach additional sheet)**

Location Where filed                Case Number                        Date Filed

**PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR**
**(if more than one, attach additional sheet)**

Name of Debtor                      Case Number                        Date

Relationship                        District                           Judge

**REQUEST FOR RELIEF**

Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**SIGNATURES**

Attorneys

/s/ Joseph H. King, Jr.
Signature of Attorney

Date:  December 22, 2006

**INDIVIDUAL/JOINT DEBTOR(S)**                              **CORPORATE OR PARTNERSHIP DEBTOR**

I declare under penalty of perjury that                     I declare under penalty of perjury that the information provided in this petition is
the information provided in this petition                   true and correct and that the filing of the petition on behalf of the debtor is
is true and correct                                         authorized.

x_____                   /s/ Roberto Ramirez
Signature of Debtor                                         Signature of Authorized Individual

_____                    Roberto Ramirez
Date                                                        Print or Type Name of Authorized Individual

x_____                   President
Signature of Joint Debtor                                   Title of individual authorized by debtor to sign this Petition

_____                    December 22, 2006
Date                                                        Date

**EXHIBIT "A"  (To be completed if debtor is a corporation requesting relief under Chapter 11.)**

( ) Exhibit "A" is attached and made a part of this petition

**TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353-322)**

---

    I am aware that I may proceed under Chapter 7, 11, 12 or 13 of title 11, United States Code, I understand the relief available under each such chapter, and I choose to proceed under chapter 7 of such title.

    If I am represented by an attorney, Exhibit "B" has been completed

Signature of Debtor                                                           Date

_____                    _____

Signature of Joint Debtor                                                    Date

_____                    _____

---

**EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts**.

    I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, Unites Stated Code, and have explained the relief available under each such chapter.

_____                    _____
Signature of Attorney                                                        Date