# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                               §
                                     §
TIDY INTERNATIONAL, INC.             §      Case No. 06-17189
                                     §
            Debtor(s)                §

## UWEEGUUQT"TRUSTEE'S FINAL REPORT (TFR)

The undersigned uweeguuqt"trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                       $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*


5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Elizabeth C. Berg, Successor Trustee_____
                                    Successor Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] The overpayment to Charles L.M. yler, prior trustee, in amount of 77,968.29 will be credited against a subsequent plan pension to y arded to prior Trustee's attorney's as set forth on Exhibit C and D.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 06-17189 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | TIDY INTERNATIONAL, INC. | Date Filed (f) or Converted (c): | 12/27/06 (f) |
| | | 341(a) Meeting Date: | |
| For Period Ending: | 03/25/15 | Claims Bar Date: | 05/14/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. accounts recievable | 416,909.93 | 416,909.13 | | 0.00 | FA |
| 2. 1997 Ford E350 Club Wagon | 1,600.00 | 1,600.00 | | 2,441.67 | FA |
| 3. 1998 Ford Club Wagon | 1,850.00 | 1,850.00 | | 2,441.67 | FA |
| 4. 2001 BMW | 8,985.00 | 8,985.00 | | 0.00 | FA |
| 5. 2003 Hyundai Sante Fe | 8,075.00 | 8,075.00 | | 0.00 | FA |
| 6. 2003 Hyundai Sante Fe | 4,995.00 | 4,995.00 | | 0.00 | FA |
| 7. Forest River Trailer | 1,200.00 | 1,200.00 | | 2,441.66 | FA |
| 8. office equipment | 8,175.00 | 8,175.00 | | 0.00 | FA |
| 9. machinery, fixtures | 18,200.00 | 18,200.00 | | 0.00 | FA |
| 10. preferential transfers to partners Balance deemed uncollectible | 100,000.00 | 100,000.00 | | 4,238.75 | FA |
| 11. bond cancellation payment from Hartford Ins. | Unknown | 0.00 | | 200.00 | FA |
| 12. interest (u) | 0.00 | 0.00 | | 50.07 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $569,989.93  $569,989.13  $11,813.82  $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Successor Trustee was appointed after the retirement of the former Trustee, Charlie Myler and the first successor

trustee, Joseph Voiland. The balance due on the judgement entered against Roberto Ramirez was deemed uncollectible.

The Successor Trustee prepared the final report.

Initial Projected Date of Final Report (TFR): 09/15/14    Current Projected Date of Final Report (TFR): 09/15/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 06-17189 -DRC |
| Case Name: | TIDY INTERNATIONAL, INC. |
| Taxpayer ID No: | *******3849 |
| For Period Ending: | 03/25/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Successor Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6677  Checking Acct - ECB TR |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/14 | | Transfer from Acct #*******1867 | Bank Funds Transfer  Transfer funds to Successor TR new bank account. ecb | 9999-000 | 8,957.96 | | 8,957.96 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 8,957.96 | 0.00 | 8,957.96 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 8,957.96 | 0.00 | |
| | | Subtotal | | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |

Page Subtotals   8,957.96   0.00

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 06-17189 -DRC | Trustee Name: | Elizabeth C. Berg, Successor Trustee |
|---|---|---|---|
| Case Name: | TIDY INTERNATIONAL, INC. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******1867  Checking Account |
| Taxpayer ID No: | *******3849 | | |
| For Period Ending: | 03/25/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | FINAL TRANSFER | 9999-000 | 9,020.57 | | 9,020.57 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,010.57 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.96 | 8,997.61 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.38 | 8,984.23 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.93 | 8,971.30 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.34 | 8,957.96 |
| 12/10/14 | | Transfer to Acct #*******6677 | Bank Funds Transfer | 9999-000 | | 8,957.96 | 0.00 |
| | | | Transfer funds to Successor TR new bank account. ecb | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 9,020.57 | 9,020.57 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 9,020.57 | 8,957.96 | |
| | | | Subtotal | | 0.00 | 62.61 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 62.61 | |

Page Subtotals       9,020.57       9,020.57

LFORM24   UST Form 101-7-TFR (5/1/2011) (Page: 5)       Ver: 18.04

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 06-17189 -DRC |
| Case Name: | TIDY INTERNATIONAL, INC. |
| Taxpayer ID No: | *******3849 |
| For Period Ending: | 03/25/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Successor Trustee |
| Bank Name: | Eqpi tguukqpcriDcpm |
| Account Number / CD #: | *******1187  Checking Account |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/10/13 | 10 | Roberto Ramirez | | 1141-000 | 500.00 | | 500.00 |
| 07/10/13 | * NOTE * | Rabobank, N.A. | * NOTE *  Properties 2, 3, 7, 10, 11, 12 | | 10,813.82 | | 11,313.82 |
| | | | Memo Amount:        2,441.67 | 1129-000 | | | |
| | | | Memo Amount:        2,441.67 | 1129-000 | | | |
| | | | Memo Amount:        2,441.66 | 1129-000 | | | |
| | | | Memo Amount:        3,238.75 | 1141-000 | | | |
| | | | Memo Amount:          200.00 | 1129-000 | | | |
| | | | Memo Amount:           50.07 | 1270-000 | | | |
| 08/12/13 | 10 | Roberto Ramirez | | 1141-000 | 500.00 | | 11,813.82 |
| 08/30/13 | 001001 | CHARLES J. MYLER<br>850 GARFIELD AVE.<br>AURORA, IL  60506 | | 2100-000 | | 2,710.64 | 9,103.18 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 9,093.18 |
| 09/30/13 | | cong bank | bank service fee | 2600-000 | | 12.53 | 9,080.65 |
| 11/01/13 | | cb | bank service fee | 2600-000 | | 10.08 | 9,070.57 |
| 12/01/13 | | cb | bank service fee | 2600-000 | | 10.00 | 9,060.57 |
| 12/31/13 | | cb | bank service fee | 2600-000 | | 10.00 | 9,050.57 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 10.00 | 9,040.57 |
| 02/28/14 | | cb | bank service fee | 2600-000 | | 10.00 | 9,030.57 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 10.00 | 9,020.57 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 9,020.57 | 0.00 |

Page Subtotals        11,813.82        11,813.82

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 06-17189 -DRC | Trustee Name: | Elizabeth C. Berg, Successor Trustee |
|---|---|---|---|
| Case Name: | TIDY INTERNATIONAL, INC. | Bank Name: | Eqpi tguukqpcriDcpm |
| | | Account Number / CD #: | *******1187 Checking Account |
| Taxpayer ID No: | *******3849 | | |
| For Period Ending: | 03/25/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 10,813.82 | COLUMN TOTALS | 11,813.82 | 11,813.82 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 9,020.57 | |
| | | Subtotal | 11,813.82 | 2,793.25 | |
| Memo Allocation Net: | 10,813.82 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 11,813.82 | 2,793.25 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 10,813.82 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Acct - ECB TR - ********6677 | 0.00 | 0.00 | 8,957.96 |
| | | Checking Account - ********1867 | 0.00 | 62.61 | 0.00 |
| Total Memo Allocation Net: | 10,813.82 | Checking Account - ********1187 | 11,813.82 | 2,793.25 | 0.00 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| | | | 11,813.82 | 2,855.86 | 8,957.96 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 25, 2015 |

Case Number: 06-17189  
Debtor Name: TIDY INTERNATIONAL, INC.  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Myler Ruddy & McTavish | Administrative | Counsel seeks allowance of final compensation in the amount of $2,500.00. Counsel agrees to reduction in payment by $779.26 on account of the amount of overpayment paid to Charles J. Myler, Piror Trustee | $1,720.74 | $0.00 | $1,720.74 |
| 001<br>2100-00 | Charles Myler, Prior Trustee | Administrative | Order dated August 22, 2013 allowed compensation to be paid to Charles Myler, prior trustee in the amount of $2,710.64. This amount represents an overpayment of $779.26 in the maximum compensation allowable to a trustee pursuant section 326 of the Code. The Prior Trustee's attorney's (Myler, Ruddy & McTavish) have agreed to apply the overpayment to their final compesnation requested. | $2,710.64 | $2,710.64 | $0.00 |
| 001<br>2700-00 | U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Administrative | Deferred filing fee (Adversary case no. 08-00025) | $250.00 | $0.00 | $250.00 |
| 001<br>3120-00 | Myler Ruddy & McTavish | Administrative | | $380.32 | $0.00 | $380.32 |
| | Subtotal for Class Administrative | | | $5,061.70 | $2,710.64 | $2,351.06 |
| 000001<br>040<br>5300-00 | Karla O. Moore<br>2719 S. Austin Blvd.<br>Cicero, Illinois 60804 | Priority | disallowed per order | $0.00 | $0.00 | $0.00 |
| 000002<br>040<br>5300-00 | Elia E Castro<br>2719 S. Austin Blvd.<br>Cicero, Illinois 60804 | Priority | | $480.00 | $0.00 | $480.00 |
| 000005A<br>050<br>5400-00 | Local 25 SEIU Pension Fund<br>c/o Robert B Greenberg<br>200 W Jackson Blvd Suite 1900<br>Chicago, Illinois 60606 | Priority | | $15,324.75 | $0.00 | $15,324.75 |
| 000006A<br>050<br>5400-00 | Local 25 SEIU Pension Fund<br>c/o Robert B Greenberg<br>200 W Jackson Blvd Suite 1900<br>Chicago, IL 60606 | Priority | | $4,231.50 | $0.00 | $4,231.50 |
| 000008<br>040<br>5300-00 | Joseph Rodriguez<br>3021 S. Pulaski<br>Chicago, Illinois 60623 | Priority | | $1,285.61 | $0.00 | $1,285.61 |
| 000010A<br>060<br>5800-00 | Illinois Department of Employment Security<br>P.O. Box 803412<br>Chicago, Illinois 60680-3412 | Priority | | $4,844.53 | $0.00 | $4,844.53 |
| 000011<br>040<br>5300-00 | Juan Huerta<br>205 N Lake St., #308<br>Aurora, Illinois 60506 | Priority | | $197.29 | $0.00 | $197.29 |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 25, 2015 |

Case Number: 06-17189  
Debtor Name: TIDY INTERNATIONAL, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 040 5300-00 | Roberto Sontay 2525 N. Parkside Chicago, Illinois 60639 | Priority | | $1,646.47 | $0.00 | $1,646.47 |
| 000013 040 5300-00 | Rodrigo Huerta 205 N Lake St., #308 Aurora, Illinois 60506 | Priority | | $80.05 | $0.00 | $80.05 |
| 000014 040 5300-00 | Juan J Marquez 2858 S. Keeler Chicago, Illinois 60623 | Priority | | $227.02 | $0.00 | $227.02 |
| 000015 040 5300-00 | Misael Ramirez 414 N Kondal St Aurora, IL 60505 | Priority | | $611.67 | $0.00 | $611.67 |
| 000016 040 5300-00 | Humberto Gomez 421 Plum St. Aurora, Illinois 60506 | Priority | | $622.81 | $0.00 | $622.81 |
| 000019A 050 5400-00 | Laborers' Pension and Welfare Funds 53 W Jackson Blvd #550 Chicago, Illinois 60604-3300 | Priority | | $61,261.21 | $0.00 | $61,261.21 |
| 000022 040 5300-00 | Elia E Castro 2719 S. Austin Blvd. Cicero, Illinois 60804 | Priority | | $942.93 | $0.00 | $942.93 |
| 000023 040 5300-00 | Karla O. Moore 2719 S. Austin Blvd. Cicero, Illinois 60804 | Priority | | $1,229.11 | $0.00 | $1,229.11 |
| | Subtotal for Class Priority | | | $92,984.95 | $0.00 | $92,984.95 |
| 000003 070 7100-00 | Madison & Cicero Currency Exchange Inc Paul A Gagerman 425 Huehl Road Bldg 2 Northbrook, Il 60062 | Unsecured | allowed as unsecured per order | $1,085.22 | $0.00 | $1,085.22 |
| 000004A 070 7100-00 | Fifth Third Bank Bruce A Brown Attorney 2000 W Galena Boulevard #201 Aurora, IL 60506 | Unsecured | allowed as unsecured per order | $400,865.14 | $0.00 | $400,865.14 |
| 000005B 070 7100-00 | Local 25 SEIU Pension Fund c/o Robert B Greenberg 200 W Jackson Blvd Suite 1900 Chicago, Illinois 60606 | Unsecured | | $12,361.97 | $0.00 | $12,361.97 |
| 000006B 070 7100-00 | Local 25 SEIU Pension Fund c/o Robert B Greenberg 200 W Jackson Blvd Suite 1900 Chicago, IL 60606 | Unsecured | | $3,413.41 | $0.00 | $3,413.41 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: March 25, 2015 |

Case Number:  06-17189  
Debtor Name:  TIDY INTERNATIONAL, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | Magic Wand Company<br>30W250 Butterfield Road<br>Warrenville, Illinois 60555 | Unsecured | | $515.49 | $0.00 | $515.49 |
| 000009 070 7100-00 | Triad Consulting Services, Inc.<br>c/o Locke Reynolds LLP<br>161 North Clark Street, Suite 1750<br>Chicago, Illinois 60601 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000010B 070 7100-00 | Illinois Department of Employment Security<br>P.O. Box 803412<br>Chicago, Illinois 60680-3412 | Unsecured | | $184.99 | $0.00 | $184.99 |
| 000017 070 7100-00 | Hartford Fire Insurance Company<br>Bankruptcy Unit T-1-55<br>Hartford Plaza<br>Hartford, CT 06115 | Unsecured | | $6,859.44 | $0.00 | $6,859.44 |
| 000018 070 7100-00 | Seyfarth Shaw LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, Illinois 60603 | Unsecured | | $19,164.71 | $0.00 | $19,164.71 |
| 000019B 070 7100-00 | Laborers' Pension and Welfare Funds<br>53 W Jackson Blvd #550<br>Chicago, Illinois 60604-3300 | Unsecured | | $16,938.10 | $0.00 | $16,938.10 |
| 000020 070 7100-00 | T-Mobile USA, Inc.<br>Attn: Bankruptcy Dept<br>PO BOX 53410<br>Bellevue, WA 98015 | Unsecured | | $2,801.92 | $0.00 | $2,801.92 |
| 000021 070 7100-00 | Nicor Gas<br>PO Box 549<br>Aurora, IL 60507 | Unsecured | | $847.92 | $0.00 | $847.92 |
| 000024 080 7200-00 | Local 1 Service Employees International Union<br>Robert B Greenberg Ltd<br>200 West Jackson Blvd #1900<br>Chicago, IL 60606 | Unsecured | | $5,296.10 | $0.00 | $5,296.10 |
| 000025 080 7200-00 | Service Employees International Union Local 1<br>c/o Robert B Greenberg et al<br>200 W Jackson Blvd Suite 1900<br>Chicago, IL 60606 | Unsecured | duplicate of claim no. 24 | $0.00 | $0.00 | $0.00 |
| 000026 080 7200-00 | David E. Grochocinski, Trustee<br>Estate of The Jani-Store, Inc.<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Unsecured | | $42,587.06 | $0.00 | $42,587.06 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 4 | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 25, 2015 |

Case Number:   06-17189                                    Claim Class Sequence
Debtor Name:   TIDY INTERNATIONAL, INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000027 080 7200-00 | BMW Bank of North America, Inc P.O. Box 201347 Arlington, TX 76006 | Unsecured | | $10,163.95 | $0.00 | $10,163.95 |
| | Subtotal for Class Unsecured | | | $523,085.42 | $0.00 | $523,085.42 |
| | Case Totals: | | | $621,132.07 | $2,710.64 | $618,421.43 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

### Successor TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-17189
Case Name: TIDY INTERNATIONAL, INC.
Trustee Name: Elizabeth C. Berg, Successor Trustee

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Charles M. Myler, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Myler Ruddy & McTavish | $ | $ | $ |
| Charges: U.S. Bankruptcy Court | $ | $ | $ |
| Other: Myler Ruddy & McTavish | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                                                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Karla O. Moore | $ | $ | $ |
| 000002 | Elia E Castro | $ | $ | $ |
| 000005A | Local 25 SEIU Pension Fund | $ | $ | $ |
| 000006A | Local 25 SEIU Pension Fund | $ | $ | $ |
| 000008 | Joseph Rodriguez | $ | $ | $ |
| 000010A | Illinois Department of Employment Security | $ | $ | $ |
| 000011 | Juan Huerta | $ | $ | $ |
| 000012 | Roberto Sontay | $ | $ | $ |
| 000013 | Rodrigo Huerta | $ | $ | $ |
| 000014 | Juan J Marquez | $ | $ | $ |
| 000015 | Misael Ramirez | $ | $ | $ |
| 000016 | Humberto Gomez | $ | $ | $ |
| 000019A | Laborers' Pension and Welfare Funds | $ | $ | $ |
| 000022 | Elia E Castro | $ | $ | $ |
| 000023 | Karla O. Moore | $ | $ | $ |

Total to be paid to priority creditors            $_____

Remaining Balance                                 $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Madison & Cicero Currency Exchange Inc | $ | $ | $ |
| 000004A | Fifth Third Bank | $ | $ | $ |
| 000005B | Local 25 SEIU Pension Fund | $ | $ | $ |
| 000006B | Local 25 SEIU Pension Fund | $ | $ | $ |
| 000007 | Magic Wand Company | $ | $ | $ |
| 000009 | Triad Consulting Services, Inc. | $ | $ | $ |
| 000010B | Illinois Department of Employment Security | $ | $ | $ |
| 000017 | Hartford Fire Insurance Company | $ | $ | $ |
| 000018 | Seyfarth Shaw LLP | $ | $ | $ |
| 000019B | Laborers' Pension and Welfare Funds | $ | $ | $ |
| 000020 | T-Mobile USA, Inc. | $ | $ | $ |
| 000021 | Nicor Gas | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000024 | Local 1 Service Employees | $ | $ | $ |
| 000026 | David E. Grochocinski, Trustee | $ | $ | $ |
| 000027 | BMW Bank of North America, Inc | $ | $ | $ |

Total to be paid to tardy general unsecured creditors     $_____

Remaining Balance     $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 37)*