# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TIDY INTERNATIONAL, INC. | § | Case No. 06-17189 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, successor trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> United States Bankruptcy Court
> 219 S. Dearborn Street
> 7th Floor
> Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

> 10:30 a.m.
> on Friday, May 1, 2015
> in Courtroom 240 of the Kane County Courthouse
> 100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg,  Successor Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                         §
                                               §
TIDY INTERNATIONAL, INC.                       §        Case No. 06-17189
                                               §
               Debtor(s)                       §

### SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 11,813.82 |
| and approved disbursements of | $ | 2,855.86 |
| leaving a balance on hand of[1] | $ | 8,957.96 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Charles J. Myler, Trustee | $ 2,710.64 | $ 2,710.64 | $ 0.00 |
| Attorney for Trustee Fees: Myler Ruddy & McTavish | $ 1,720.74 | $ 0.00 | $ 1,720.74 |
| Charges: U.S. Bankruptcy Court | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: Myler Ruddy & McTavish | $ 380.32 | $ 0.00 | $ 380.32 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 2,351.06 |
| Remaining Balance | $ | 6,606.90 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 92,984.95  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Karla O. Moore | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | Elia E Castro | $ 480.00 | $ 0.00 | $ 433.07 |
| 000005A | Local 25 SEIU Pension Fund | $ 15,324.75 | $ 0.00 | $ 0.00 |
| 000006A | Local 25 SEIU Pension Fund | $ 4,231.50 | $ 0.00 | $ 0.00 |
| 000008 | Joseph Rodriguez | $ 1,285.61 | $ 0.00 | $ 1,159.90 |
| 000010A | Illinois Department of Employment Security | $ 4,844.53 | $ 0.00 | $ 0.00 |
| 000011 | Juan Huerta | $ 197.29 | $ 0.00 | $ 178.00 |
| 000012 | Roberto Sontay | $ 1,646.47 | $ 0.00 | $ 1,485.47 |
| 000013 | Rodrigo Huerta | $ 80.05 | $ 0.00 | $ 72.22 |
| 000014 | Juan J Marquez | $ 227.02 | $ 0.00 | $ 204.82 |
| 000015 | Misael Ramirez | $ 611.67 | $ 0.00 | $ 551.86 |
| 000016 | Humberto Gomez | $ 622.81 | $ 0.00 | $ 561.91 |
| 000019A | Laborers' Pension and Welfare Funds | $ 61,261.21 | $ 0.00 | $ 0.00 |
| 000022 | Elia E Castro | $ 942.93 | $ 0.00 | $ 850.73 |
| 000023 | Karla O. Moore | $ 1,229.11 | $ 0.00 | $ 1,108.92 |

Total to be paid to priority creditors                                    $             6,606.90

Remaining Balance                                                          $                 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 465,038.31  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Madison & Cicero Currency Exchange Inc | $ 1,085.22 | $ 0.00 | $ 0.00 |
| 000004A | Fifth Third Bank | $ 400,865.14 | $ 0.00 | $ 0.00 |
| 000005B | Local 25 SEIU Pension Fund | $ 12,361.97 | $ 0.00 | $ 0.00 |
| 000006B | Local 25 SEIU Pension Fund | $ 3,413.41 | $ 0.00 | $ 0.00 |
| 000007 | Magic Wand Company | $ 515.49 | $ 0.00 | $ 0.00 |
| 000009 | Triad Consulting Services, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010B | Illinois Department of Employment Security | $ 184.99 | $ 0.00 | $ 0.00 |
| 000017 | Hartford Fire Insurance Company | $ 6,859.44 | $ 0.00 | $ 0.00 |
| 000018 | Seyfarth Shaw LLP | $ 19,164.71 | $ 0.00 | $ 0.00 |
| 000019B | Laborers' Pension and Welfare Funds | $ 16,938.10 | $ 0.00 | $ 0.00 |
| 000020 | T-Mobile USA, Inc. | $ 2,801.92 | $ 0.00 | $ 0.00 |
| 000021 | Nicor Gas | $ 847.92 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $_____ 0.00

Remaining Balance $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 58,047.11  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000024 | Local 1 Service Employees | $ 5,296.10 | $ 0.00 | $ 0.00 |
| 000026 | David E. Grochocinski, Trustee | $ 42,587.06 | $ 0.00 | $ 0.00 |
| 000027 | BMW Bank of North America, Inc | $ 10,163.95 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors          $_____ 0.00

Remaining Balance          $_____ 0.00


     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By: /s/_____
                                      Elizabeth C. Berg, Successor Trustee


*Elizabeth C. Berg,  Successor Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                        Case No. 06-17189-DRC
Tidy International Inc.                                                        Chapter 7
              Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton          Page 1 of 3          Date Rcvd: Apr 07, 2015
                             Form ID: pdf002           Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2015.
```
db         +Tidy International Inc.,    204 Poplar Place,    North Aurora, IL 60542-1407
11124832   +Abelino Corral,    505 Trask Street,    Aurora, Illinois 60505-2948
11087512   +Alarm Detection Systems,    1111 Church Road,    Aurora, Illinois 60505-1905
11124837   +Andrea Hatfield-Harris,    10859 S. State Street,    Chicago, Illinois 60628-3409
11105434   +Angel Mendoza,    4852 S. Paulina,    Chicago, Illinois 60609-4164
11124838   +Anthony Hayes,    7404 S. Kenwood,    Chicago, Illinois 60619-1426
11124834   +Arturo Banuelos,    3025 Bangor Ln.,    Aurora, Illinois 60504-6846
11124842   +Augstina Roa,    1347 N. Bosworth,    Chicago, Illinois 60642-2341
18043653   +BMW  Bank of North America, Inc,    P.O. Box 201347,    Arlington, TX 76006-1347
18030997   +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
11081918    City of Chicago,    P.O. Box 88292,    Chicago, Illinois 60680-1292
11124851   +Daniel Aguayo-Martinez,    4524 S. Avers,    Chicago, Illinois 60632-3514
12235973   +David E. Grochocinski, Trustee,    Estate of The Jani-Store, Inc.,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
11124841    Dwaine Porter,    1522 E. 74th Pl.,    Chicago, Illinois 60619
11105430   +Elia  E Castro,    2719 S. Austin Blvd.,    Cicero, Illinois 60804-3150
11087514   ++FIFTH THIRD BANK,    MDR ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court:  Fifth Third Bank,    P.O. Box 630337,    Cincinnati, Ohio 45263-0001)
11124850   +Fernando Moreno,    1347 N. Bosworth,    Chicago, Illinois 60642-2341
11081904   +Fifth Third Bank,    Bruce A Brown Attorney,    2000 W Galena Boulevard #201,
             Aurora, IL 60506-4486
11105433   +Francisco Lopez,    2803 S. Central Park,    Chicago, Illinois 60623-4635
11081905   ++HYUNDAI MOTOR FINANCE COMPANY,    PO BOX 20809,    FOUNTAIN VALLEY CA 92728-0809
             (address filed with court:  Hyundai Motor Finance Co.,    P.O. Box 0542,
             Carol Stream, Illinois 60132-0542)
11345902    Hartford Fire Insurance Company,    Bankruptcy Unit T-1-55,    Hartford Plaza,
             Hartford, CT 06115
11105428   +Humberto Gomez,    421 Plum St.,    Aurora, Illinois 60505-2909
11081906    Illinois Department of Employment Security,    P.O. Box 803412,    Chicago, Illinois 60680-3412
11105436   +Irma Ruiz,    647 Bangs St.,    Aurora, Illinois 60505-5309
11124835   +Javier Banuelos,    3231 Blaine Ct., Apt. E,    Aurora, Illinois 60504-7270
11105429   +Jorge Rivera,    649 N. Highland,    Aurora, Illinois 60506-2939
11124833   +Jose Luis Ibarra,    631 Calhoun,    Aurora, Illinois 60505-5017
11081902   +Joseph H. King, Jr.,    Attorney at Law,    7815 Woodridge Drive,
             Woodridge, Illinois 60517-3402
11105437   +Joseph Rodriguez,    3021 S. Pulaski,    Chicago, Illinois 60623-4459
11124845   +Juan Huerta,    205 N Lake St., #308,    Aurora, Illinois 60506-4072
11105432   +Juan J Marquez,    2858 S. Keeler,    Chicago, Illinois 60623-4330
11105431   +Karla O. Moore,    2719 S. Austin Blvd.,    Cicero, Illinois 60804-3150
11081907   +Laborers' Pension and Welfare Funds,    53 W Jackson Blvd #550,    Chicago, Illinois 60604-3425
11081908    Laborers' Work Dues Funds,    Department 4334,    Carol Stream, Illinois 60122-4334
11124852   #+Laura Melendez,    3821 W. Marquette Rd.,    Chicago, Illinois 60629-4144
11081911   +Local 1 Service Employees,    International Union,    Robert B Greenberg Ltd,
             200 West Jackson Blvd #1900,    Chicago, IL 60606-6942
11214895   +Local 25 SEIU Pension Fund,    c/o Robert B Greenberg,    200 W Jackson Blvd Suite 1900,
             Chicago, IL 60606-6942
11081910   +Local 25 SEIU Pension Fund,    c/o Robert B Greenberg,    200 W Jackson Blvd Suite 1900,
             Chicago, Illinois 60606-6942
11081909   +Local 25 SEIU Pension Trust,    P.O. Box 94443,    Chicago, Illinois 60690-4443
11087522   +Local 25 SEIU Welfare Fund,    P.O. Box 94443,    Chicago, Illinois 60690-4443
11192223   +Madison & Cicero Currency Exchange Inc,    Paul A Gagerman,    425 Huehl Road Bldg 2,
             Northbrook, Il 60062-2322
11126204   +Magic Wand Company,    30W250 Butterfield Road,    Warrenville, Illinois 60555-1564
11124847   +Manuel Camacho,    227 Preston Ave.,    Elgin, Illinois 60120-4432
11105438   +Maria Hernandez,    2817 S. Kostner Av.,    Chicago, Illinois 60623-4221
11124854   +Maria Miranda,    3708 W. 60th Pl.,    Chicago, Illinois 60629-3917
11124857    Maria Morales,    1015 N. 15th Ave.,    Maywood, Illinois 60153
11087523    MasterCard,    P.O. Box 740523,    Cincinnati, Ohio 45274-0523
11124848   +Meliton Garcia,    271 High St.,    Aurora, Illinois 60505-2896
11343367   +Misael Ramirez,    414 N Kondal St,    Aurora, IL 60505
11105427   +Misael Ramirez,    421 Plum St.,    Aurora, Illinois 60506-2909
11124831   +Noemi Ramirez,    2690 Ginger Woods Dr.,    Aurora, Illinois 60502-7419
11124853   +Nora Marinez,    3412 South Central Ave.,    Cicero, Illinois 60804-3942
11105439   +Pablo Juarez,    638 W. New York,    Aurora, Illinois 60506-3863
11126203    Park Place Consulting, Inc.,    805 Oakwood Drive, Suite D,    Lake Zurich, Illinois 60047-1551
11105426   +Raul Ramirez,    421 Plum St.,    Aurora, Illinois 60506-2909
11124843   +Refugio Lopez,    1347 N. Bosworth,    Chicaho, Illinois 60642-2341
11124844   +Reyna Linares,    1234 North Cleaver,    Chicago, Illinois 60642-3365
11105435    Richard Hickman,    2222 S. State Street,    Chicago, Illinois 60616
11105435   +Roberto Sontay,    2525 N. Parkside,    Chicago, Illinois 60639-2318
11124846   +Rodrigo Huerta,    205 N Lake St., #308,    Aurora, Illinois 60506-4072
11124859   +Rosalio Ramirez,    1980 Birch Ln.,    Aurora, Illinois 60506-1256
11124856   +Sergio Saucedo,    19 N. 8th Ave.,    Maywood, Illinois 60153-1318
```

```
District/off: 0752-1          User: ahamilton         Page 2 of 3          Date Rcvd: Apr 07, 2015
                             Form ID: pdf002          Total Noticed: 80
```

```
11087524      +Service Employees International,   Union Local 1,   c/o Robert B Greenberg et al,
               200 W Jackson Blvd Suite 1900,   Chicago, IL 60606-6942
11087525      +Seville Staffing,   180 N. Michigan Avenue,   Suite 1510,   Chicago, Illinois 60601-7484
11081912      +Seyfarth Shaw LLP,   131 South Dearborn Street,   Suite 2400,   Chicago, Illinois 60603-5863
11124840      +Sonia Montanez,   4114 N. Meade,   Chicago, Illinois 60634-1505
11081913       T-Mobile,   P.O. Box 742596,   Cincinnati, Ohio 45274-2459
11362849      +T-Mobile USA, Inc.,   Attn: Bankruptcy Dept,   PO BOX 53410,   Bellevue, WA 98015-3410
11081901      +Tidy International Inc.,   204 Poplar Place,   North Aurora, Illinois 60542-1407
11081914      +Triad Consulting Services,   c/o Dahm & Elvin, LLP,   161 N. Clark St., Suite 1750,
               Chicago, Illinois 60601-3344,    ATTN:  Sandy Morris, Esq.
11270312      +Triad Consulting Services, Inc.,   c/o Locke Reynolds LLP,   161 North Clark Street, Suite 1750,
               Chicago, Illinois 60601-3344
11124849       Veronica Patino,   812 Fifth Street,   Aurora, Illinois 60505-5232
11081915       Westfield Group,   P.O. Box 9001566,   Louisville, Kentucky 40290-1566
11124839      +Willie Beler,   4230 W. 21st Pl.,   Chicago, Illinois 60623-2752
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11087511       E-mail/Text: g17768@att.com Apr 08 2015 00:45:26    AT&T,   Bill Payment Center,
               Saginaw, Michigan 48663-0003
11081903      +E-mail/Text: bankruptcynotices@bmwfs.com Apr 08 2015 00:47:20    BMW Bank of North America,
               P.O. Box 78066,   Phoenix, Arizona 85062-8066
11081917       E-mail/Text: legalcollections@comed.com Apr 08 2015 00:58:08    Com Ed,   Bill Payment Center,
               Chicago, Illinois 60668-0001
11087515       E-mail/Text: bankruptcy@wrightexpress.com Apr 08 2015 00:46:20    Fleet Services,
               P.O. Box 6293,   Suite 140,   Carol Stream, Illinois 60197-6293
11081902      +E-mail/Text: jkjrlaw@gmail.com Apr 08 2015 00:47:40    Joseph H. King, Jr.,   Attorney at Law,
               7815 Woodridge Drive,   Woodridge, Illinois 60517-3402
11081916       E-mail/Text: bankrup@aglresources.com Apr 08 2015 00:45:08    Nicor,   P.O. Box 2020,
               Aurora, Illinois 60507-2020
11363086      +E-mail/Text: bankrup@aglresources.com Apr 08 2015 00:45:08    Nicor Gas,   PO Box 549,
               Aurora, IL 60507-0549
                                                                                      TOTAL: 7
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11087518       Laborers' Pension Fund,   c/o Patrick T. Wallace,   Jerrod Olszewski,   Christina Krivanek,
               Amy N. Carollo,   Office of Fund Counsel
11087519       Laborers' Welfare Fund,   c/o Patrick T. Wallace,   Jerrod Olszewski,   Christina Krivanek,
               Amy N. Carollo,   Office of Fund Counsel
3pd*          +Tidy International Inc.,   204 Poplar Place,   North Aurora, IL 60542-1407
cd*           +Tidy International Inc.,   204 Poplar Place,   North Aurora, IL 60542-1407
11087513*     +BMW Bank of North America,   P.O. Box 78066,   Phoenix, Arizona 85062-8066
11087532*      City of Chicago,   P.O. Box 88292,   Chicago, Illinois 60680-1292
11087513*      Com Ed,   Bill Payment Center,   Chicago, Illinois 60668-0001
11087516*     ++HYUNDAI MOTOR FINANCE COMPANY,   PO BOX 20809,   FOUNTAIN VALLEY CA 92728-0809
              (address filed with court:  Hyundai Motor Finance Co.,   P.O. Box 0542,
               Carol Stream, Illinois 60132-0542)
11087517*      Illinois Department of Employment Security,   P.O. Box 803412,   Chicago, Illinois 60680-3412
11087510*     +Joseph H. King, Jr.,   Attorney at Law,   7815 Woodridge Drive,
               Woodridge, Illinois 60517-3402
11087520*      Laborers' Work Dues Funds,   Department 4334,   Carol Stream, Illinois 60122-4334
11087521*     +Local 25 SEIU Pension Trust,   P.O. Box 94443,   Chicago, Illinois 60690-4443
11087530*     +Nicor,   P.O. Box 2020,   Aurora, Illinois 60507-2020
11087526*     +Seyfarth Shaw LLP,   131 South Dearborn Street,   Suite 2400,   Chicago, Illinois 60603-5863
11087527*     +T-Mobile,   P.O. Box 742596,   Cincinnati, Ohio 45274-2459
11087509*     +Tidy International Inc.,   204 Poplar Place,   North Aurora, Illinois 60542-1407
11087528*     +Triad Consulting Services,   c/o Dahm & Elvin, LLP,   161 N. Clark St., Suite 1750,
               Chicago, Illinois 60601-3344,    ATTN:  Sandy Morris, Esq.
11087529*      Westfield Group,   P.O. Box 9001566,   Louisville, Kentucky 40290-1566
11124855      ##+D.C. Delaney,   706 E. 38th Place, #302,   Chicago, Illinois 60653-2035
11124858      ##+Jesus Luviano,   3619 W. 62nd St.,   Chicago, Illinois 60629-4012
                                                                              TOTALS: 2, * 16, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: ahamilton          Page 3 of 3          Date Rcvd: Apr 07, 2015
                             Form ID: pdf002          Total Noticed: 80

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2015                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2015 at the address(es) listed below:
    Brain M. Kuethe   on behalf of Petitioning Creditor   BMW Financial Services NA, LLC
    bkuethe@sanchezdh.com
    Bruce A Brown   on behalf of Counter-Defendant   Fifth Third Bank bbrown@bablegal.com
    Bruce A Brown   on behalf of Plaintiff   Fifth Third Bank bbrown@bablegal.com
    Bruce A Brown   on behalf of Petitioning Creditor   Fifth Third Bank bbrown@bablegal.com
    Charles J Myler   on behalf of Trustee Charles J Myler cmyler@mrmlaw.com, IL57@ecfcbis.com
    Charles J Myler   on behalf of Plaintiff Charles J Myler cmyler@mrmlaw.com, kmyler@mrmlaw.com
    Christina K Krivanek   on behalf of Counter-Claimant   Laborers Health and Welfare Fund of the
    Health and Welfare Depart of The Construction and General Laborers Dist Council of Chicago and
    Vicinity christinak@chilpwf.com, fundcounsel@gmail.com;vedranaa@chilpwf.com
    Christina K Krivanek   on behalf of Counter-Claimant   Laborer's Pension Fund and Health and
    Welfare Department of the Construction Laborers' District Council of Chicago Vicinity
    christinak@chilpwf.com, fundcounsel@gmail.com;vedranaa@chilpwf.com
    Christina K Krivanek   on behalf of Counter-Claimant   Laborers' Pension Fund
    christinak@chilpwf.com, fundcounsel@gmail.com;vedranaa@chilpwf.com
    Christina K Krivanek   on behalf of Creditor   Laborers' Pension Fund christinak@chilpwf.com,
    fundcounsel@gmail.com;vedranaa@chilpwf.com
    Christina K Krivanek   on behalf of Counter-Claimant James S Jorgensen christinak@chilpwf.com,
    fundcounsel@gmail.com;vedranaa@chilpwf.com
    Christina K Krivanek   on behalf of Defendant   Laborer's Work Dues Funds christinak@chilpwf.com,
    fundcounsel@gmail.com;vedranaa@chilpwf.com
    Christina K Krivanek   on behalf of Creditor   Laborer's Pension Fund and Health and Welfare
    Department of the Construction Laborers' District Council of Chicago Vicinity
    christinak@chilpwf.com, fundcounsel@gmail.com;vedranaa@chilpwf.com
    Christina K Krivanek   on behalf of Creditor James S Jorgensen christinak@chilpwf.com,
    fundcounsel@gmail.com;vedranaa@chilpwf.com
    Christina K Krivanek   on behalf of Creditor   Laborers Health and Welfare Fund of the Health and
    Welfare Depart of The Construction and General Laborers Dist Council of Chicago and Vicinity
    christinak@chilpwf.com, fundcounsel@gmail.com;vedranaa@chilpwf.com
    Daniel E Budorick   on behalf of Defendant   Turner Construction Company dbudorick@pecklaw.com,
    lbarker@pecklaw.com;acustardo@pecklaw.com
    Daniel E Budorick   on behalf of Counter-Defendant   Turner Construction Company
    dbudorick@pecklaw.com, lbarker@pecklaw.com;acustardo@pecklaw.com
    Dennis E Both   on behalf of Counter-Defendant   R.J. Group, Ltd. dbothlaw@att.net
    Dennis E Both   on behalf of Defendant   The RJ Group LTD dbothlaw@att.net
    Elizabeth C Berg   bergtrustee@baldiberg.com, eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
    Jerrod V. Olszewski   on behalf of Creditor   Laborers Health and Welfare Fund of the Health and
    Welfare Depart of The Construction and General Laborers Dist Council of Chicago and Vicinity
    jerrodo@chilpwf.com, jerrod.olszewski@gmail.com;vedranaa@chilpwf.com;taniam@chilpwf.com
    Joseph E Cohen   on behalf of Defendant   Pepper Construction jcohen@cohenandkrol.com,
    jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
    Joseph H. King, Jr.   on behalf of Debtor   Tidy International Inc. joeking8225@sbcglobal.net,
    jkjrlaw@gmail.com
    Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
    Richard G Larsen   on behalf of Plaintiff Charles J Myler rlarsen@springerbrown.com,
    jkrafcisin@springerbrown.com;iprice@springerbrown.com

                                                                     TOTAL: 25