UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
                                      §
TIDY INTERNATIONAL, INC.              §    Case No. 06-17189
                                      §
                                      §
        Debtor(s)                     §

UWEEGUUQT"CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, uweeguuqt chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 465,339.93<br>*(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 6,606.90 | Claims Discharged<br>Without Payment: NA |
| Total Expenses of Administration: 5,206.92 | |

3) Total gross receipts of $ 11,813.82  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 11,813.82  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,986.18 | 5,206.92 | 5,206.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 94,234.95 | 96,039.23 | 6,606.90 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 523,085.42 | 523,085.42 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 623,306.55 | $ 624,331.57 | $ 11,813.82 |

4) This case was originally filed under chapter 7 on 12/27/2006 . The case was pending for 106 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/16/2015            By:/s/Elizabeth C. Berg, Uweeguuqt"Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 7,525.00 |
| Preference/Fraudulent Transfer Litigation | 1141-000 | 3,238.75 |
| preferential transfers to partners | 1141-000 | 1,000.00 |
| Interest Income (from estate bank accounts/investments - only) | 1270-000 | 50.07 |
| TOTAL GROSS RECEIPTS | | $11,813.82 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MYLER, CHARLES | 2100-000 | NA | 2,710.64 | 2,710.64 | 2,710.64 |
| Associated Bank | 2600-000 | NA | 62.61 | 62.61 | 62.61 |
| CB | 2600-000 | NA | 70.08 | 70.08 | 70.08 |
| CONG BANK | 2600-000 | NA | 12.53 | 12.53 | 12.53 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | NA | 250.00 | 250.00 | 250.00 |
| MYLER RUDDY & MCTAVISH | 3110-000 | NA | 2,500.00 | 1,720.74 | 1,720.74 |
| MYLER RUDDY & MCTAVISH | 3120-000 | NA | 380.32 | 380.32 | 380.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 5,986.18 | $ 5,206.92 | $ 5,206.92 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ELIA E CASTRO | 5300-000 | NA | 480.00 | 480.00 | 433.07 |
| 000022 | ELIA E CASTRO | 5300-000 | NA | 942.93 | 942.93 | 850.73 |
| 000016 | HUMBERTO GOMEZ | 5300-000 | NA | 622.81 | 622.81 | 0.00 |
| 000008 | JOSEPH RODRIGUEZ | 5300-000 | NA | 1,285.61 | 1,285.61 | 1,159.90 |
| 000011 | JUAN HUERTA | 5300-000 | NA | 197.29 | 197.29 | 0.00 |
| 000014 | JUAN J MARQUEZ | 5300-000 | NA | 227.02 | 227.02 | 0.00 |
| 000001 | KARLA O. MOORE | 5300-000 | NA | 1,250.00 | 0.00 | 0.00 |
| 000023 | KARLA O. MOORE | 5300-000 | NA | 1,229.11 | 1,229.11 | 1,108.92 |
| 000015 | MISAEL RAMIREZ | 5300-000 | NA | 611.67 | 611.67 | 0.00 |
| 000012 | ROBERTO SONTAY | 5300-000 | NA | 1,646.47 | 1,646.47 | 0.00 |
| 000013 | RODRIGO HUERTA | 5300-000 | NA | 80.05 | 80.05 | 0.00 |
|  | US BANKRUPTCY COURT, NDIL | 5300-001 | NA | 0.00 | 3,054.28 | 3,054.28 |
| 000019A | LABORERS' PENSION AND WELFARE FUND | 5400-000 | NA | 61,261.21 | 61,261.21 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | LOCAL 25 SEIU PENSION FUND | 5400-000 | NA | 15,324.75 | 15,324.75 | 0.00 |
| 000006A | LOCAL 25 SEIU PENSION FUND | 5400-000 | NA | 4,231.50 | 4,231.50 | 0.00 |
| 000010A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 4,844.53 | 4,844.53 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 94,234.95 | $ 96,039.23 | $ 6,606.90 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | FIFTH THIRD BANK | 7100-000 | NA | 400,865.14 | 400,865.14 | 0.00 |
| 000017 | HARTFORD FIRE INSURANCE COMPANY | 7100-000 | NA | 6,859.44 | 6,859.44 | 0.00 |
| 000010B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7100-000 | NA | 184.99 | 184.99 | 0.00 |
| 000019B | LABORERS' PENSION AND WELFARE FUND | 7100-000 | NA | 16,938.10 | 16,938.10 | 0.00 |
| 000005B | LOCAL 25 SEIU PENSION FUND | 7100-000 | NA | 12,361.97 | 12,361.97 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006B | LOCAL 25 SEIU PENSION FUND | 7100-000 | NA | 3,413.41 | 3,413.41 | 0.00 |
| 000003 | MADISON & CICERO CURRENCY EXCHANGE | 7100-000 | NA | 1,085.22 | 1,085.22 | 0.00 |
| 000007 | MAGIC WAND COMPANY | 7100-000 | NA | 515.49 | 515.49 | 0.00 |
| 000021 | NICOR GAS | 7100-000 | NA | 847.92 | 847.92 | 0.00 |
| 000018 | SEYFARTH SHAW LLP | 7100-000 | NA | 19,164.71 | 19,164.71 | 0.00 |
| 000020 | T-MOBILE USA, INC. | 7100-000 | NA | 2,801.92 | 2,801.92 | 0.00 |
| 000009 | TRIAD CONSULTING SERVICES, INC. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000027 | BMW BANK OF NORTH AMERICA, INC | 7200-000 | NA | 10,163.95 | 10,163.95 | 0.00 |
| 000026 | DAVID E. GROCHOCINSKI, TRUSTEE | 7200-000 | NA | 42,587.06 | 42,587.06 | 0.00 |
| 000024 | LOCAL 1 SERVICE EMPLOYEES | 7200-000 | NA | 5,296.10 | 5,296.10 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 523,085.42 | $ 523,085.42 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 06-17189 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Successor Trustee |
|---|---|---|---|
| Case Name: | TIDY INTERNATIONAL, INC. | Date Filed (f) or Converted (c): | 12/27/06 (f) |
| | | 341(a) Meeting Date: | |
| For Period Ending: | 09/16/15 | Claims Bar Date: | 05/14/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. accounts recievable | 416,909.93 | 416,909.13 | | 0.00 | FA |
| 2. 1997 Ford E350 Club Wagon | 1,600.00 | 1,600.00 | | 2,441.67 | FA |
| 3. 1998 Ford Club Wagon | 1,850.00 | 1,850.00 | | 2,441.67 | FA |
| 4. 2001 BMW | 8,985.00 | 8,985.00 | | 0.00 | FA |
| 5. 2003 Hyundai Sante Fe | 8,075.00 | 8,075.00 | | 0.00 | FA |
| 6. 2003 Hyundai Sante Fe | 4,995.00 | 4,995.00 | | 0.00 | FA |
| 7. Forest River Trailer | 1,200.00 | 1,200.00 | | 2,441.66 | FA |
| 8. office equipment | 8,175.00 | 8,175.00 | | 0.00 | FA |
| 9. machinery, fixtures | 18,200.00 | 18,200.00 | | 0.00 | FA |
| 10. preferential transfers to partners Balance deemed uncollectible | 100,000.00 | 100,000.00 | | 4,238.75 | FA |
| 11. bond cancellation payment from Hartford Ins. | Unknown | 0.00 | | 200.00 | FA |
| 12. interest (u) | 0.00 | 0.00 | | 50.07 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $569,989.93 | $569,989.13 | | $11,813.82 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Successor Trustee was appointed after the retirement of the former Trustee, Charlie Myler and the first successor
trustee, Joseph Voiland. The balance due on the judgement entered against Roberto Ramirez was deemed uncollectible.
The Successor Trustee prepared the final report.

Initial Projected Date of Final Report (TFR): 09/15/14    Current Projected Date of Final Report (TFR): 09/15/14

LFORM1                                                                                                                              Ver: 18.05

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 06-17189 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | TIDY INTERNATIONAL, INC. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6677 Checking Acct - ECB TR |
| Taxpayer ID No: | *******3849 | | | |
| For Period Ending: | 09/16/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/14 | | Transfer from Acct #*******1867 | Bank Funds Transfer | 9999-000 | 8,957.96 | | 8,957.96 |
| | | | Transfer funds to Successor TR new bank account. ecb | | | | |
| 05/06/15 | 001001 | U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Clerk of the Courts Costs (includes | 2700-000 | | 250.00 | 8,707.96 |
| 05/06/15 | 001002 | Myler Ruddy & McTavish | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,720.74 | 6,987.22 |
| 05/06/15 | 001003 | Myler Ruddy & McTavish | Attorney for TR Expenses (TR Firm) | 3120-000 | | 380.32 | 6,606.90 |
| 05/06/15 | 001004 | Elia E Castro<br>2719 S. Austin Blvd.<br>Cicero, Illinois 60804 | Claim 000002, Payment 90.22% | 5300-000 | | 433.07 | 6,173.83 |
| 05/06/15 | 001005 | Joseph Rodriguez<br>3021 S. Pulaski<br>Chicago, Illinois 60623 | Claim 000008, Payment 90.22% | 5300-000 | | 1,159.90 | 5,013.93 |
| * 05/06/15 | 001006 | Juan Huerta<br>205 N Lake St., #308<br>Aurora, Illinois 60506 | Claim 000011, Payment 90.22% | 5300-003 | | 178.00 | 4,835.93 |
| * 05/06/15 | 001007 | Roberto Sontay<br>2525 N. Parkside<br>Chicago, Illinois 60639 | Claim 000012, Payment 90.22% | 5300-003 | | 1,485.47 | 3,350.46 |
| * 05/06/15 | 001008 | Rodrigo Huerta<br>205 N Lake St., #308<br>Aurora, Illinois 60506 | Claim 000013, Payment 90.22% | 5300-003 | | 72.22 | 3,278.24 |
| * 05/06/15 | 001009 | Juan J Marquez<br>2858 S. Keeler<br>Chicago, Illinois 60623 | Claim 000014, Payment 90.22% | 5300-003 | | 204.82 | 3,073.42 |
| * 05/06/15 | 001010 | Misael Ramirez<br>414 N Kondal St<br>Aurora, IL 60505 | Claim 000015, Payment 90.22% | 5300-003 | | 551.86 | 2,521.56 |

Page Subtotals 8,957.96 6,436.40

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2        Page: 2   Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-17189 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | TIDY INTERNATIONAL, INC. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6677 Checking Acct - ECB TR |
| Taxpayer ID No: | *******3849 | | | |
| For Period Ending: | 09/16/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 05/06/15 | 001011 | Humberto Gomez<br>421 Plum St.<br>Aurora, Illinois 60506 | Claim 000016, Payment 90.22% | 5300-003 | | 561.91 | 1,959.65 |
| 05/06/15 | 001012 | Elia E Castro<br>2719 S. Austin Blvd.<br>Cicero, Illinois 60804 | Claim 000022, Payment 90.22% | 5300-000 | | 850.73 | 1,108.92 |
| 05/06/15 | 001013 | Karla O. Moore<br>2719 S. Austin Blvd.<br>Cicero, Illinois 60804 | Claim 000023, Payment 90.22% | 5300-000 | | 1,108.92 | 0.00 |
| * 08/12/15 | 001006 | Juan Huerta<br>205 N Lake St., #308<br>Aurora, Illinois 60506 | Claim 000011, Payment 90.22%<br>Manually contacted bank on August 5, 2015 to stop payment on stale checks. ~JMM | 5300-003 | | -178.00 | 178.00 |
| * 08/12/15 | 001007 | Roberto Sontay<br>2525 N. Parkside<br>Chicago, Illinois 60639 | Claim 000012, Payment 90.22%<br>Manually contacted bank on August 5, 2015 to stop payment on stale checks. ~JMM | 5300-003 | | -1,485.47 | 1,663.47 |
| * 08/12/15 | 001008 | Rodrigo Huerta<br>205 N Lake St., #308<br>Aurora, Illinois 60506 | Claim 000013, Payment 90.22%<br>Manually contacted bank on August 5, 2015 to stop payment on stale checks. ~JMM | 5300-003 | | -72.22 | 1,735.69 |
| * 08/12/15 | 001009 | Juan J Marquez<br>2858 S. Keeler<br>Chicago, Illinois 60623 | Claim 000014, Payment 90.22%<br>Manually contacted bank on August 5, 2015 to stop payment on stale checks. ~JMM | 5300-003 | | -204.82 | 1,940.51 |
| * 08/12/15 | 001010 | Misael Ramirez<br>414 N Kondal St<br>Aurora, IL 60505 | Claim 000015, Payment 90.22%<br>Manually contacted bank on August 5, 2015 to stop payment on stale checks. ~JMM | 5300-003 | | -551.86 | 2,492.37 |
| * 08/12/15 | 001011 | Humberto Gomez<br>421 Plum St.<br>Aurora, Illinois 60506 | Claim 000016, Payment 90.22%<br>Manually contacted bank on August 5, 2015 to stop payment on stale checks. ~JMM | 5300-003 | | -561.91 | 3,054.28 |
| 08/12/15 | 001014 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor | UNCLAIMED PROPERTY - Claim # 11<br>Claim # 11 - Juan Huerta | 5300-001 | | 178.00 | 2,876.28 |

Page Subtotals     0.00     -354.72

Ver: 18.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 06-17189 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | TIDY INTERNATIONAL, INC. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6677  Checking Acct - ECB TR |
| Taxpayer ID No: | *******3849 | | | |
| For Period Ending: | 09/16/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/12/15 | 001015 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago  IL  60604 | UNCLAIMED PROPERTY - Claim # 12<br>Claim # 12 - Roberto Sontay | 5300-001 | | 1,485.47 | 1,390.81 |
| 08/12/15 | 001016 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago  IL  60604 | UNCLAIMED PROPERTY - Claim # 13<br>Claim # 13 - Rodrigo Huerta | 5300-001 | | 72.22 | 1,318.59 |
| 08/12/15 | 001017 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago  IL  60604 | UNCLAIMED PROPERTY - Claim # 14<br>Claim # 14 - Juan Marquez | 5300-001 | | 204.82 | 1,113.77 |
| 08/12/15 | 001018 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago  IL  60604 | UNCLAIMED PROPERTY - Claim # 15<br>Claim # 15 - Misael Ramirez | 5300-001 | | 551.86 | 561.91 |
| 08/12/15 | 001019 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago  IL  60604 | UNCLAIMED PROPERTY - Claim # 16<br>Claim # 16 - Humberto Gomez | 5300-001 | | 561.91 | 0.00 |

Page Subtotals          0.00          2,876.28

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 11)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 06-17189 -DRC |
| Case Name: | TIDY INTERNATIONAL, INC. |
| Taxpayer ID No: | *******3849 |
| For Period Ending: | 09/16/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6677  Checking Acct - ECB TR |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 8,957.96 | 8,957.96 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 8,957.96 | 0.00 | |
| | | | | Subtotal | 0.00 | 8,957.96 | |
| | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | 0.00 | 8,957.96 | |

Page Subtotals    0.00    0.00

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-17189 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | TIDY INTERNATIONAL, INC. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******1867 Checking Account |
| Taxpayer ID No: | *******3849 | | | |
| For Period Ending: | 09/16/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | FINAL TRANSFER | 9999-000 | 9,020.57 | | 9,020.57 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,010.57 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.96 | 8,997.61 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.38 | 8,984.23 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.93 | 8,971.30 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.34 | 8,957.96 |
| 12/10/14 | | Transfer to Acct #*******6677 | Bank Funds Transfer Transfer funds to Successor TR new bank account. ecb | 9999-000 | | 8,957.96 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 9,020.57 | 9,020.57 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 9,020.57 | 8,957.96 | |
| | | Subtotal | | 0.00 | 62.61 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 62.61 | |

Page Subtotals    9,020.57    9,020.57

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 6

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-17189 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | TIDY INTERNATIONAL, INC. | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******1187 Checking Account |
| Taxpayer ID No: | *******3849 | | |
| For Period Ending: | 09/16/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/10/13 | 10 | Roberto Ramirez | | 1141-000 | 500.00 | | 500.00 |
| 07/10/13 | * NOTE * | Rabobank, N.A. | * NOTE * Properties 2, 3, 7, 10, 11, 12 | | 10,813.82 | | 11,313.82 |
| | | | Memo Amount: 2,441.67 | 1129-000 | | | |
| | | | Memo Amount: 2,441.67 | 1129-000 | | | |
| | | | Memo Amount: 2,441.66 | 1129-000 | | | |
| | | | Memo Amount: 3,238.75 | 1141-000 | | | |
| | | | Memo Amount: 200.00 | 1129-000 | | | |
| | | | Memo Amount: 50.07 | 1270-000 | | | |
| 08/12/13 | 10 | Roberto Ramirez | | 1141-000 | 500.00 | | 11,813.82 |
| 08/30/13 | 001001 | CHARLES J. MYLER 850 GARFIELD AVE. AURORA, IL 60506 | | 2100-000 | | 2,710.64 | 9,103.18 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 9,093.18 |
| 09/30/13 | | cong bank | bank service fee | 2600-000 | | 12.53 | 9,080.65 |
| 11/01/13 | | cb | bank service fee | 2600-000 | | 10.08 | 9,070.57 |
| 12/01/13 | | cb | bank service fee | 2600-000 | | 10.00 | 9,060.57 |
| 12/31/13 | | cb | bank service fee | 2600-000 | | 10.00 | 9,050.57 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 10.00 | 9,040.57 |
| 02/28/14 | | cb | bank service fee | 2600-000 | | 10.00 | 9,030.57 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 10.00 | 9,020.57 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 9,020.57 | 0.00 |

Page Subtotals     11,813.82     11,813.82

Ver: 18.05

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-17189 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | TIDY INTERNATIONAL, INC. | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******1187  Checking Account |
| Taxpayer ID No: | *******3849 | | |
| For Period Ending: | 09/16/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 10,813.82 | COLUMN TOTALS | 11,813.82 | 11,813.82 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 9,020.57 | |
| | | Subtotal | 11,813.82 | 2,793.25 | |
| Memo Allocation Net: | 10,813.82 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 11,813.82 | 2,793.25 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 10,813.82 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Acct - ECB TR - ********6677 | 0.00 | 8,957.96 | 0.00 |
| | | Checking Account - ********1867 | 0.00 | 62.61 | 0.00 |
| Total Memo Allocation Net: | 10,813.82 | Checking Account - ********1187 | 11,813.82 | 2,793.25 | 0.00 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| | | | 11,813.82 | 11,813.82 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*